**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

**CEDRIC GREENE** **PLAINTIFF**

**v.** **Case No. 3:26-cv-271-JM**

**ST. VINCENT DE PAUL – CARDINAL MANNING CENTER** **DEFENDANT**

**ORDER**

Cedric Greene's application to proceed *in forma pauperis* (Doc. 1) is DENIED as moot. Since he petitioned to proceed in forma pauperis for his complaint against St. Vincent De Paul—Cardinal Manning Center, Greene has been found to be a serial vexatious litigant and placed on the restricted filer list for this District. *See Greene/Stephens v. USA*, No. 3:26-cv-145-DPM (Doc. 4). The Court has examined the Complaint and finds it to have been frivolously filed in this District. The Complaint will therefore be dismissed without prejudice. *Denton v. Hernandez*, 504 U.S. 25, 32–33 (1992).

IT IS SO ORDERED this 4th day of November, 2026.

UNITED STATES DISTRICT JUDGE