**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

**CEDRIC GREENE** **PLAINTIFF**

**v.** **Case No. 3:26-cv-271-JM**

**ST. VINCENT DE PAUL – CARDINAL MANNING CENTER** **DEFENDANT**

**<u>JUDGMENT</u>**

Consistent with the Order that was entered on this day, it is considered, ordered, and adjudged that this case is hereby DISMISSED without prejudice.

IT IS SO ADJUDGED this 4th day of November, 2026

UNITED STATES DISTRICT JUDGE